UNITED STATES DISTRICT COURT OF
THE NORTHERN DISTRICT OF NEW YORK

**JGB ENTERPRISES, INC.,**

   VS.

CIVIL NO. **5:14-CV-1439 (LEK / ATB)**

**BETA FLUID SYSTEMS, INC., ET AL.**

## ORDER

The Court has been advised by Mediator / Counsel that this action has been settled, or is in the process of being settled. Counsel of record have also advised this Court that no infant or incompetent is a party to this action. Accordingly, pursuant to N.D.N.Y.L.R. 68.2 (b), it is hereby

   **ORDERED** that**:**

   1) Upon the completion of settlement, the attorneys of record are directed to exchange general releases and to **FILE** a Stipulation of Discontinuance with the Court, within 30 days.

   2) If more time is needed to perfect the settlement or if for any reason the parties are unable to finalize the settlement within this 30 day period, the attorneys of record are directed to file a request for an extension with this Court.

   **IT IS SO ORDERED.**

   December 11, 2015
   Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge