UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------

JGB Enterprises, Inc.,

                Plaintiff,

      vs.                        **STIPULATION OF VOLUNTARY DISMISSAL RULE 41(a)(1)(A)(ii)**

Beta Fluid Systems, Inc., BFSNC, Inc., and Beta Fueling Sytems, LLC, and McAleese, Ltd.,

Case No. 5:14-cv-1439 (LEK/ATB)

                Defendants.
-------------------------------------------------

The undersigned, as counsel for all parties herein, having settled the case to their mutual satisfaction, stipulate pursuant to Rule 41(a)(1)(A)(ii) and related provisions of law, that this case is voluntarily dismissed with prejudice.

DATED: ~~Dec. ___, 2015~~ January 14, 2016    SCHLATHER, STUMBAR, PARKS & SALK, LLP

By: _____
Raymond M. Schlather, Esq.,
Bar Roll # 501364
Attorneys for Plaintiff
200 East Buffalo St., 5th Street
Ithaca, New York 14850
(607) 273-2202


JENNER & BLOCK, LLP
By: _____
William C. Pericak, Esq.
Bar Roll #102352
Attorneys for Defendants
1099 New York Ave., N.W.
Washington, D.C. 20001
(202) 639-6000